75 A.3d 1279

**Jimmy L. LINDSEY, Appellant**

**v.**

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Sept. 25, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of September, 2013, the Order of the Commonwealth Court is AFFIRMED and the Application for Leave to File a Reply Brief is DENIED as moot.